IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | Case No. 3:12-00130 |
| v. | ) | |
| | ) | Judge Nixon |
| DAKOTA LATRACON CARVER | ) | |

ORDER

Pending before the Court is Defendant Dakota Latracon Carver's Motion to Withdraw ("Motion"), requesting that the Court allow his current counsel, Ernest Henry Neels, III, to withdraw and appoint the Public Defender to handle his case. (Doc. No. 15.) In support of his Motion, Defendant states counsel has been approved for admission, but not admitted to practice, and therefore does not have ECF access. (*Id.*)

The Court determines that a status conference on Defendant's Motion is warranted. The Court hereby reserves decision on the Motion, and **SCHEDULES** a status conference on this matter for **Monday, October 22, 2012, at 11 a.m.**

It is so ORDERED.

Entered this the \_\_15\_\_ day of October, 2012.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT