IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 3:12-cr-00130-1 |
| v. ) | |
| ) | Judge Nixon |
| DAKOTA LATRACON CARVER ) | |

## ORDER

Pending before the Court is Defendant Dakota Latracon Carver's Motion to Amend Previous Motion ("Motion to Amend") (Doc. No. 55) in which he requests leave to amend his previously filed Motion to Sever (Doc. No. 51). The Government has yet to respond to either motion. The Court hereby **GRANTS** the Motion to Amend. (Doc. No. 55.)

It is so ORDERED.

Entered this the 12th day of April, 2013.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT