IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 3:12-00130-1 |
| v. | ) | |
| | ) | Judge Nixon |
| DAKOTA LATRACON CARVER | ) | |

### ORDER

Pending before the Court is Defendant Dakota Latracon Carver's Joint Motion for Final Pretrial Conference ("Motion"), in which he requests the Court set a status conference in this matter prior to trial. (Doc. No. 77.) Mr. Carver explains that the hearing is necessary to facilitate the administration of his upcoming trial, scheduled for October 8, 2013, and that the Government agrees with the Motion. (*Id.*)

The Court determines that a status conference is warranted and **GRANTS** the Motion. The Court **SCHEDULES** a status conference on this matter for **Wednesday, October 2, 2013,** at **10:30 a.m.**

It is so ORDERED.

Entered this the 24th day of September, 2013.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT