IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:12-cr-00130-1 |
| v. | ) | |
| | ) | Judge Nixon |
| DAKOTA LATRACON CARVER | ) | |

### ORDER

Pending before the Court is Defendant Dakota Latracon Carver's Motion to Extend Deadline for Filing Motion for Judgment of Acquittal Pursuant to FRCrP 29(c)(1) and Motion for New Trial Pursuant to FRCrP33(a) ("Motion"). (Doc. No. 99.) Mr. Carver requests a seven-day extension from the current deadline for filing post-trial motions. Mr. Carver's Motion is **GRANTED**; Mr. Carver shall file any post-trial motions on or before December 17, 2013.

It is so ORDERED.

Entered this the ___5___ day of December, 2013.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT