UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 3:12-cr-00130 |
| ) | Judge Nixon |
| DAKOTA LATRACON CARVER, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## GOVERNMENT'S MOTION FOR EXTENSION OF TIME TO RESPOND

The United States of America, by and through undersigned counsel, respectfully requests an extension of time to respond to Defendant's Motion for Judgment of Acquittal (DE# 101) and Motion for Dismissal or New Trial (DE# 102). The latter motion raises significant issues which, while meritless, will likely require a lengthy response. As such, and in light of the upcoming holiday season, the government respectfully requests an extension of time until January 6, 2014 to file its response. Defense counsel has been consulted and has no objection to this request.

*Granted.*

Respectfully submitted,

DAVID RIVERA
United States Attorney for the
Middle District of Tennessee

s/ Cecil W. VanDevender
B. H. Boucek
Cecil W. VanDevender
Assistant United States Attorneys
110 9th Avenue South, Suite A-961
Nashville, Tennessee 37203
615-736-5151