UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:12-cr-00130 |
| | ) | Judge Nixon |
| DAKOTA LATRACON CARVER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## GOVERNMENT'S MOTION TO CONTINUE SENTENCING HEARING

The sentencing hearing in this case is currently scheduled for February 7, 2014 at 1:00 p.m. (DE# 94.) The Probation Office has requested additional time to prepare and circulate its Presentence Investigation Report ("PSR"). Accordingly, the government respectfully requests that the sentencing hearing be continued for thirty days to allow the Probation Office adequate time to prepare the PSR. Defense counsel has been consulted and has no objection to this request.

*Granted.*
*Re-set for March 7, 2014 at 10:00 a.m.*
[Judge's signature]

Respectfully submitted,

DAVID RIVERA
United States Attorney for the
Middle District of Tennessee

*s/ Cecil W. VanDevender*
Cecil W. VanDevender
Special Assistant United States Attorney
110 9th Avenue South, Suite A-961
Nashville, Tennessee 37203
615-736-5151