IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:12-cr-00130-1 |
| v. | ) | |
| | ) | Judge Nixon |
| DAKOTA LATRACON CARVER | ) | |

## ORDER

Pending before the Court is Defendant Dakota Latracon Carver's Motion to Stay Pending Motions and Resolution of Presentence Investigation Report Objections ("Motion"). (Doc. No. 110.) Mr. Carver states the parties are close to reaching a sentencing agreement that, should the Court accept, would moot all pending motions and sentencing issues in this case. (*Id.*) Mr. Carver thus requests the Court stay all pending motions and defer resolving any objections to the presentence report until March 7, 2014.

Mr. Carver's Motion is **GRANTED**; all pending motions and the resolution of any objections to the presentence report are **STAYED** until March 7, 2014. Should the parties reach an agreement regarding Mr. Carver's sentencing, the Court **DIRECTS** them to file a sentencing agreement on or before **March 4, 2014**, for the Court's consideration.

It is so ORDERED.

Entered this the 26th day of February, 2014.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT